Page 1



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

**FILED**

07/17/2023

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## 28 USC § 2254 HABEAS CORPUS PETITION BY A PERSON IN STATE CUSTODY

| Name (Under which you were convicted): | Case No: |
|---|---|
| Mayson L St. Clair | 2:23-cv-00351-JRS-MG |

Place of Confinement: Wabash Valley Correctional Facility Po Box 1111 Carlisle IN 47838-1111

### CONVICTION AND SENTENCE

1. What state court entered the judgment you are challenging? Huntington Circuit Court

Criminal case Number: 35C01-1112-FB·000252     Did you plead guilty? ☐ Yes ☑ NO

Length of Sentence: Term In Year's 20/ month's 00/ Day's 000     Date of Sentencing: 06 / 03 / 2013

Crimes for which you were sentence: Robbery (Armed or Bodily Injury)

### PROBATION/PAROLE REVOCATION

2. Are you challenging a Probation/Parole revocation? ☑ No. ☐ Yes; the revocation hearing was on ___/___/___

By: _____ and I was revoked because: _____

### DIRECT APPEAL

3. Did you direct appeal to the Court of Appeals of Indiana? ☐ No, ☑ Yes case number: 35A02-1307-CR-577

Result: Deny Appeal     Date of Result: ? / ? / ?

Did you seek transfer to the Indiana Supreme court? ☑ No, ☐ Yes, case number: _____

Result: _____     Date of Result ___/___/___

Did you Petition for certiorari to the United States Supreme court? ☑ No, ☐ Yes case Number: _____

Result: _____     Date of Result ___/___/___

<u>FIRST POST-CONVICTION RELIEF PETITION</u>

4 Did you file a post-conviction relief petition in State Court ☒No, ☐Yes case Number: _____

Name of court _____    Date of filing ___/___/___

Result: _____    Date of Result: ___/___/___

Did you appeal to the Court of Appeals of Indiana?  ☒No ☐Yes, case Number: _____

Result: _____    Date of Result ___/___/___

Did you appeal to the Indiana Supreme Court?  ☒No ☐Yes. Case Number: _____

Result: _____    Date of Result: ___/___/___

<u>OTHER COLLATERAL ATTACKS</u>

5. Other than the case listed above, have you filed anything else in State court challenging this conviction or revocation?

☐No ☒Yes, i filed: Notice of Claim (Register Number 7014-1640-0001-4586-3634) case number: _____

Name of court: State of Indiana Attorney General    Date of filing: 08/22/2022

Result: Denial and/or Failure to State's a Claim    Date of result: ─/─/─

Did you appeal to the Court of Appeals of Indiana  ☒No ☐Yes case Number: _____

Result: _____    Date of result ___/___

Did you appeal to the Indiana Supreme Court?  ☒No ☐Yes case Number _____

Result: _____    Date of result: ___/___

6. Have you Challenged this conviction or revocation in Federal court ☐No ☒Yes case Number: _____

Name of court State of Indiana Attorney General    Result: Denial and/or Failure to State's a Claim
United State Attorney General (Register Number 7014-1640-0001-4586-3616)

7. Have You challenged this conviction or revocation in any other case or appeal ☒No ☐Yes ___/___/___

<u>FILING FEE</u>

8. Are you paying the $5.00 filing fee?

☒No. i am filing a Prisoner motion to Proceed In forma Pauperis because i have less than $15.00 in my Inmate trust account AND i have received less than $15.00 a month during the past six months.

☐Yes, i have authorized prison officials to deduct the money from my Prisoner trust fund account and send it to the court

☐Yes the money will be paid for me by: _____

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

<u>GROUND ONE</u>:  On April 1, 2013 I filed a "Judicial Notice and Proclamation of Nationality and Sovereignty and right's of indigenous people-United Nations and Challenged Subject matter Jurisdiction.

Jurisdiction can be challenged anytime. Once challenged subject-matter jurisdiction the trial court thereof cannot proceed when it clearly has No authority to reach merits but rather should dismiss the action. Ministerial officers are incompetent to receive grants of judicial from the legislature their acts in attempting to exercise such powers are necessarily nullities Persons in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the constitution or law or treaties of the United States. The trial court didn't State's or proved that the trial court had jurisdiction over me.

Did you present ground one to the Indiana Supreme Court? ☒No; Explain why not
Did Not filed it to the Indiana Supreme court.

GROUND TWO    On April 22 2013 I challenged Subject-Matter jurisdiction for the Second time

Also once challenged Subject. Matter jurisdiction cannot be assumed it MUST be proved to exist. The law provides that once State and federal jurisdiction has been challenged it MUST be proven on the record. Without subject-matter jurisdiction All of the order's and judgment Issued by a judicial officer's are Void under law and are of No legal force or effect. when acting to enforce a statute and it's Subsequent amendment's to the present date the judicial officer's of the municipal/trial court is acting as an administrative officer and Not in a judicial capacity. trial court in administrative issues are prohibited from even listening to or hearing argument's. Court in administering or enforcing Statutes do not act Judicially but merely ministerially

Did you present ground two to the Indiana Supreme court? ☒No, Explain why not
Did not filed it to the Indiana Supreme court.

GROUND THREE    On June 3 2013 I challenged Subject-Matter jurisdiction after Sentenced again

Absence of jurisdiction is issue that can be made at any stage of proceeding or raised after conviction and execution of judgment by writ of habeas corpus. If there is NO proper jurisdiction or Venue then NO lawful or legal trial can be held therefore all right's revert back to the people (8 USC § 1101(a)(4)) self-government with sovereign authority. when government official's superseded their jurisdiction or deny lawful due process, redress, recourse and remedy they are in bad-faith doctrine and by constructive treason and immoral dishonor. Therefore NOT only to the trial court there of lack subject-matter jurisdiction but it also failed to state a claim against the real party of Interest

Did you present ground Three to the Indiana supreme court? ☒ No Explain Why not
Did not filed it to the Indiana supreme court

GROUND FOUR    By the trial court failure and/or denial to proved subject-matter jurisdiction is in direct violation of my uninalienable constitutionally secured right's to "Due Process of law"

~~Analysis~~
The United State and/or State of Indiana law state's and/or require that All citizen within the United State's or it state's MUST be given due process of the law and equal protection of the law. Due process of law implies the right of the person affected thereby to be present before the tribunal/ trial court which pronounces judgment upon the question of life, liberty or property in it's most comprehensive sense; to be heard by testimony or otherwise and to have the right ~~of~~ of controverting by proof every material fact which bears on the question of right in the matter involved. If any question of fact or liability be conclusively presumed against me. This is NOT due process of law. centralized small claim's is NOT an article III court and has NO delegated authority/ jurisdiction under the Supreme law of the land and unconfirmed by the congress of the United state's

Did you present ground four to the Indiana Supreme court? ☒ No Explain Why not
Did not filed it to the Indiana Supreme court

TIMELINESS OF PETITION

(1)

(A)

(B)

(C)

(D)

(2)

9. Explain Why this petition is timely under the provision of 28 USC § 2242 (Time of Application)

Habeas Corpus Provides remedy without limit of time for jurisdictional and constitutional error occurring during trial of criminal case. Absence of jurisdictional is issue that can be made at any stage of proceeding or raised after conviction and execution of judgment by writ of habeas corpus. Contend's that the trial court lacked subject-matter jurisdiction over the petition i intended to file in federal court "subject-matter jurisdiction is the power to a court to hear a class of case." No court has jurisdiction to entertain a petition for a writ habeas corpus unless it is alleged that the prisoner is entitled to immediate discharge.

RELIEF

I ask for the following relief:

immediated discharge or a retrialed

or any other relief to which i may be entitled

DECLARATION AND SIGNATURE

i placed this petition in prison mail system on  7 / 14 / 2023   at   7:30   (am)/ pm

i declare under penalty of perjury that all of the statements in this petition are true

Mayson St Clair bey
Signature.

221556
DOC Number

4 USC §§ July 30 1947 CS
ch 384 61 Stat 642

## CERTIFICATE OF SERVICE

A Copy of foregoing has been served on adverse parties (or their counsel) pursuant to the court's prisoner E-Filing program

Mayson St. Clair-Bey #221556
Name and DOC Number