UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MAYSON ST. CLAIR, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:23-cv-00351-JRS-MG |
| STATE OF INDIANA, | ) ) ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The habeas petition is **DISMISSED WITH PREJUDICE**.

Date: 8/23/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

MAYSON ST. CLAIR
221556
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only